UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTHONY JEFFERSON                                              CIVIL ACTION

VERSUS                                                         NO. 06-5277

N. BURL CAIN, WARDEN LOUISIANA                                 SECTION "S" (2)
STATE PENITENTIARY

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.  Accordingly,

**IT IS ORDERED** that the petition of Anthony Jefferson for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this ___17th___ day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE